MARY BRECHTLEIN, Respondent, *v.* THE GREENWOOD CEMETERY, Appellant.

Reported below, 113 App. Div. 911.
(Argued October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds of lack of prosecution and lack of jurisdiction in the Court of Appeals to entertain the appeal.

*Francis J. Keurzi* for motion.

*George A. Miller* opposed.

Motion denied on the ground that the motion cannot be made until the action is continued in the name of the personal representatives of the plaintiff.

---

J. ALFRED KING et al., Respondents, *v.* THE GERMAN-AMERICAN BANK OF BUFFALO, Appellant.

*King* v. *German-American Bank of Buffalo,* 102 App. Div. 619, appeal dismissed.
(Argued October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered upon an order made March 1, 1905, affirming a judgment in favor of plaintiffs entered upon the report of a referee. The motion was made upon the grounds that the appeal was frivolous, no questions of merit being involved therein.

*Moses Shire* for motion.

*William C. Carroll* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.